# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2396
_____

United States of America

*Plaintiff - Appellee*

v.

Lewis Cooney

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: December 9, 2024
Filed: December 12, 2024
[Unpublished]
_____

Before GRUENDER, BENTON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Lewis Cooney appeals the sentence imposed by the district court[1] after he pleaded guilty to a firearm offense pursuant to a plea agreement containing an appeal

_____

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.

waiver. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence. The government has moved to dismiss the appeal based on the appeal waiver.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into waiver and plea agreement, and enforcing waiver would not result in miscarriage of justice).

We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the appeal waiver. Accordingly, we grant the government's motion, dismiss the appeal based on the appeal waiver, and grant counsel leave to withdraw.

_____